**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1010**

_____

CHRISTINE SANDRA MCLENDON,

Plaintiff - Appellant,

versus

CATONSVILLE COMMUNITY COLLEGE; MAYOR AND CITY
COUNCIL OF BALTIMORE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-3854-JFM)

_____

Submitted:  April 17, 1997          Decided:  April 30, 1997

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Christine Sandra McLendon, Appellant Pro Se.   Virginia Wood
Barnhart, John Edward Beverungen, COUNTY ATTORNEY'S OFFICE, Towson,
Maryland; Joanne Evans-Anderson, BALTIMORE CITY DEPARTMENT OF LAW,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on November 6, 1996; Appellant's notice of appeal was filed on December 16, 1996. Appellant's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore dismiss the appeal. We deny Appellant's motion demanding entry of default judgment in her favor. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2